**Order entered October 1, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00824-CV

**DERWIN PACE, Appellant**

**V.**

**BANK OF AMERICA, N.A., Appellee**

**On Appeal from the County Court at Law No. 3
Dallas County, Texas
Trial Court Cause No. CC-12-02794-C**

## ORDER

We **DENY** appellee's September 12, 2013 motion to dismiss the appeal for want of prosecution.

Appellant's brief is past due. Accordingly, on the Court's own motion, we **ORDER** appellant to file, **ON OR BEFORE OCTOBER 21, 2013**, a brief along with a motion for extension that complies with Rule 10.1(a) of the Texas Rules of Appellate Procedure. We caution appellant that failure to file a brief and extension motion on or before **OCTOBER 21, 2013** will result in dismissal of the appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1).

/s/  DAVID LEWIS
    JUSTICE